UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET TOKARCZYK, an individual,

    Plaintiff,

and

Robert N. Tokarczyk, as Personal
Representative of the Estate of Robert
Tokarczyk,

    Intervening Plaintiff,

v.

A.G. EDWARDS & SONS, INC., a
Delaware corporation, a division of
Wachovia Securities, LLC, a wholly-owned
division of Wachovia Corporation, a North
Carolina corporation and WACHOVIA
SECURITIES, LLC, a wholly-owned
subsidiary of Wachovia Corporation, a
North Carolina corporation,

    Defendants.

Case No. 08-12481

Honorable Patrick J. Duggan

Magistrate Judge R. Steven Whalen

_____/

## ORDER GRANTING MOTION TO INTERVENE

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on August 8, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On June 10, 2008, Janet Tokarczyk filed a Complaint against A.G. Edwards & Sons,

Inc. and Wachovia Securities, LLC. On August 1, 2008, Robert N. Tokarczyk, Personal

Representative of the Estate of Robert Tokarczyk, deceased, filed a Motion to Intervene. Attached to his Motion is a proposed Complaint in which Robert N. Tokarczyk, as an "Intervening Plaintiff," asserts a claim against Janet Tokarczyk as a defendant. The parties have submitted to the Court a "Stipulation to Permit Constructive Interpleader." This Stipulation is signed by attorney Edwin Young on behalf of plaintiff, Kenneth Neuman on behalf of "Intervening Plaintiff," and Gary M. Saretsky on behalf of defendants.[1]

Therefore, IT IS ORDERED that the Motion to Intervene filed by Robert N. Tokarczyk as Personal Representative is **GRANTED**.[2]

**SO ORDERED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Edwin A. Young, Esq.
Kenneth Neuman, Esq.
Brian D. Young, Esq.
Gary M. Saretsky, Esq.

---

[1]This Stipulation indicates to the Court that there is no objection to Robert N. Tokarczyk's Motion to Intervene as Plaintiff.

[2]Attached to Robert N. Tokarczyk's Motion to Intervene is a proposed Complaint in which Robert N. Tokarczyk, as Intervening Plaintiff, asserts claims against Janet Tokarczyk as a "Defendant." This Complaint should be filed within ten (10) days of this Order and should list Janet Tokarczyk as Cross-Defendant.