UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 08-12481

JANET TOKARCZYK,

    Plaintiff(s),

-v-

A.G. EDWARDS & SONS, INC., ET.AL,

    Defendant(s).
_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>August 12, 2008.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of progress and the

Defendants having filed an answer , therefore;

IT IS ORDERED that the Court's Order to Show Cause as to

why this case should not be dismissed for lack of progress be and the same is hereby SET

ASIDE.

        <u>s/Patrick J. Duggan</u>
        Patrick J. Duggan
        United States District Judge

Dated: August 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2008, by electronic and/or ordinary mail.

        <u>s/Marilyn Orem</u>
        Case Manager